UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cr-00269-JPH-TAB |
| ) | |
| DARREN FARRIS, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [109]. The Court now **ORDERS** that Darren Farris's conditions of supervised release are therefore **MODIFIED**, Dkt. [97]. Defendant is to immediately be placed at a residential reentry center for a term of two years, with at least one year to be completed at the same facility. Defendant must fully comply with all the rules and regulations of the facility for the entire term of placement. After one year of placement, Defendant may be released from the residential reentry center pending approval of a plan of supervision by Probation.

A status report shall be filed within one week of the date of this order by the United States Probation Office indicating to the Court where Defendant was able to be placed at a residential reentry center. If Defendant was not able to be placed at a residential reentry center, Magistrate Judge Kellie M. Barr will set a status hearing to determine the next steps. The Court orders the United States

Probation Office to also directly notify the Chambers of Magistrate Judge Kellie M. Barr, of any alleged violation of supervised release conditions.

**SO ORDERED.**

Date: 2/24/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C